```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12767
    JOSE E MELENDEZ
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2365

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/17/2007 and was confirmed 09/19/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 10/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
ADT SECURITY SYSTEMS       UNSECURED      NOT FILED         .00            .00
AMERICAN RECOVERY SYSTEM   UNSECURED      NOT FILED         .00            .00
DFAS PODC DE               UNSECURED      NOT FILED         .00            .00
FLEET CREDIT CARD          UNSECURED      NOT FILED         .00            .00
TARGET                     UNSECURED      NOT FILED         .00            .00
US BANK                    UNSECURED      NOT FILED         .00            .00
ELVIN M MELENDEZ           NOTICE ONLY    NOT FILED         .00            .00
IRIS CRUZ                  NOTICE ONLY    NOT FILED         .00            .00
DEBORAH FUENTES            NOTICE ONLY    NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED         .00            .00
FLOOD BROS DISPOSAL        UNSECURED      NOT FILED         .00            .00
PEOPLES GAS & LIGHT        UNSECURED      NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED         .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY    3,270.00                       3,270.00
TOM VAUGHN                 TRUSTEE                                         256.11
DEBTOR REFUND              REFUND                                          286.21

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                3,812.32

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 3,270.00
TRUSTEE COMPENSATION                             256.11
DEBTOR REFUND                                    286.21
                       --------------          --------------
TOTALS                 3,812.32                3,812.32

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12767 JOSE E MELENDEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
Dated: 01/28/09                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```